```
ANNA Y. PARK, CA SBN 164242
DEREK LI, CA SBN 150122
GREGORY L. McCLINTON, CA SBN 153553
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
LOS ANGELES DISTRICT OFFICE
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:    (213) 894-1032
Facsimile:    (213) 894-1301
E-Mail:   lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive,<br><br>    Defendant(s), | ) Civil Action No.: CV 07-0030<br>)<br>) ORDER GRANTING FIRST<br>) STIPULATION TO EXTEND TIME TO<br>) FILE ANSWER<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING FIRST STIPULATION TO EXTEND TIME TO FILE ANSWER

The parties' First Stipulation to Extend Time to File Answer, the Court having reviewed and considered the submissions of the parties and good cause appearing therefore, IT IS HEREBY ORDERED, that:

1. As to the parties' First Stipulation to Extend Time to File Answer, that request is granted. The deadline for Defendant to file the Answer shall be May 25, 2008.

IT IS SO ORDERED.

DATED: _____    _____

JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Anna Y. Park
Regional Attorney

Derek Li
Supervisory Trial Attorney

_____
Gregory L. McClinton
Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
LOS ANGELES DISTRICT OFFICE

_____
Barbara A. Petrus
Sieu K. Che

Attorneys for Defendant
ROME RESEARCH CORPORATION

---

*U.S. Equal Employment Opportunity Commission v. Rome Research Corporation; and Does 1-10, Inclusive*, Civil Action No.: CV 07-0030; Stipulation to Extend Time to File Answer

```
 1  ANNA Y. PARK, CA SBN 164242
    DEREK LI, CA SBN 150122
 2  GREGORY L. McCLINTON, CA SBN 153553
    U.S. EQUAL EMPLOYMENT
 3  OPPORTUNITY COMMISSION
    LOS ANGELES DISTRICT OFFICE
 4  255 East Temple Street, Fourth Floor
    Los Angeles, CA 90012
 5  Telephone:     (213) 894-1032
    Facsimile:     (213) 894-1301
 6  E-Mail:   lado.legal@eeoc.gov

 7
    Attorneys for Plaintiff
 8  U.S. EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION
 9
```

                    IN THE UNITED STATES DISTRICT COURT

                     FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive,<br><br>    Defendant(s), | ) Civil Action No.: CV 07-0030<br>)<br>) FIRST STIPULATION TO EXTEND<br>) TIME TO FILE ANSWER; AFFIDAVIT<br>) OF COUNSEL<br>)<br>)<br>)<br>)<br>)<br>) |

**FIRST STIPULATION TO EXTEND TIME TO FILE ANSWER**

Now come the parties to this case, through their respective counsel, and hereby stipulate to extend the time to file the Answer in this matter to May 25, 2008.

1

This stipulation is entered into pursuant to Local Rules 7.1 and 7.4 of the Civil Local Rules of the United States District Court for the Northern Mariana Islands and is supported by the accompanying affidavit of counsel.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: March 13, 2008

Anna Y. Park
Regional Attorney

Derek Li
Supervisory Trial Attorney

Gregory L. McClinton
Senior Trial Attorney

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Barbara A. Petrus
Sieu K. Che

Attorneys for Defendant
Rome Research Corporation

*U.S. Equal Employment Opportunity Commission v. Rome Research Corporation; and Does 1-10, Inclusive*, Civil Action No.: CV 07-0030; Stipulation to Extend Time to File Answer

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive,<br><br>Defendant(s), | ) Civil Action No.: CV 07-0030<br>)<br>) AFFIDAVIT OF COUNSEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF COUNSEL

I, GREGORY L. MCCLINTON, hereby be declare as follows:

1. I am an attorney duly licensed to practice in the State of California and in the United States District Courts and am the lead trial attorney for Plaintiff U.S. Equal Employment Opportunity Commission, in the above captioned case.

2. The parties in this matter have agreed to attempt to resolve this case in mediation to occur on or before May 15, 2008.

3. To allow sufficient time to complete the mediation, the parties have agreed to stipulate to an extension of the due date to file the Answer in the above captioned case to May 25, 2008.

3

1        I declare under the penalty of perjury that the
2  foregoing is true and correct to the best of my knowledge and
3  belief.
4  Dated: *March 13, 2008*      By: _____
                                                    Gregory L. McClinton
5                                                    Senior Trial Attorney