ANNA Y. PARK, CA SBN 164242
DEREK LI, CA SBN 150122
GREGORY L. McCLINTON, CA SBN 153553
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
LOS ANGELES DISTRICT OFFICE
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:     (213) 894-1032
Facsimile:     (213) 894-1301
E-Mail:   lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

F I L E D
Clerk
District Court

MAR 1 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) Civil Action No.: CV 07-0030 |
|---|---|
| Plaintiff, | ) ORDER GRANTING FIRST ) STIPULATION TO EXTEND TIME TO ) FILE ANSWER |
| vs. | ) |
| ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive, | ) ) |
| Defendant(s), | ) ) |

### ORDER GRANTING FIRST STIPULATION
### TO EXTEND TIME TO FILE ANSWER

The parties' First Stipulation to Extend Time to File Answer, the Court having reviewed and considered the submissions of the parties and good cause appearing therefore, IT IS HEREBY ORDERED, that:

1.    As to the parties' First Stipulation to Extend Time to File Answer, that request is granted.    The deadline for Defendant to file the Answer shall be May 25, 2008.

IT IS SO ORDERED.

DATED:    3-14-08    _____

JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Anna Y. Park
Regional Attorney

Derek Li
Supervisory Trial Attorney

_____
Gregory L. McClinton
Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
LOS ANGELES DISTRICT OFFICE

_____
Barbara A. Petrus
Sieu K. Che

Attorneys for Defendant
ROME RESEARCH CORPORATION

_U.S. Equal Employment Opportunity Commission v. Rome Research Corporation; and Does 1-10, Inclusive_. Civil Action No.: CV 07-0030; Stipulation to Extend Time to File Answer