FILED
Clerk
District Court

MAR 14 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ROME RESEARCH CORPORATION and DOES 1 - 10, inclusive, )<br>)<br>Defendants )<br>_____ ) | Civil Action No. 07-0030<br><br><br><br><br>ORDER REGARDING<br>PRO HAC VICE ADMISSION |

THE COURT today signed a stipulation by the parties to extend the time in which to file an answer; however, no attorney for defendant Rome Research Corporation has been admitted to practice in this court *pro hac vice*. Accordingly,

IT IS ORDERED that any attorney for defendant Rome Research who will be appearing in this lawsuit, or who has by signing the stipulation already appeared, must file a petition to be admitted *pro hac vice*, in accordance with Local Rule 83.5.d. The deadline for submitting such petition shall be 3:30 p.m., Friday, March 21, 2008 (Saipan date and time). The petition may be filed electronically, but such filing shall also constitute counsel's representation as an officer of the court that the *pro hac vice* fee has been mailed.

DATED this 14th day of March, 2008.

/s/ Alex R. Munson
ALEX R. MUNSON
Judge