F I L E D
Clerk
District Court

MAR 2 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff ) ) v. ) ) ROME RESEARCH CORPORA-TION and DOES 1 - 10, inclusive, ) ) ) Defendants ) _____ ) | Civil Action No. 07-0030  ORDER STRIKING STIPULATION FOR MORE TIME TO ANSWER |

On March 14, 2008, the court approved a stipulation by the parties to extend the time for defendant to file an answer; however, no attorney for defendant Rome Research Corporation had yet been admitted to practice in this court *pro hac vice*, pursuant to Local Rule 83.5.d. That same day the court issued another order, giving counsel for defendant until March 21, 2008, to move for admission *pro hac vice*. No such appearance was filed within the time allowed.

Accordingly, because the stipulation was signed by an attorney who has not been admitted to this court, it is of no force and effect and is hereby stricken from the record.

IT IS SO ORDERED.

DATED this 24th day of March, 2008.

_____
ALEX R. MUNSON
Judge