Anna Y. Park, CA SBN 164242
Gregory L. McClinton, CA SBN 153553
Thomas S. Lepak, CA SBN 245649
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1032
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROME RESEARCH CORPORATION: and DOES, Inclusive,<br><br>Defendant(s). | Case No.:  CV-07-0030<br><br>**MOTION REQUESTING TELEPHONIC PARTICIPATION BY EEOC COUNSEL, GREGORY McCLINTON**<br><br>Date: April 14, 2008<br>Time: 9:00 A. M.<br>Hon. Alex R. Munson |

Pursuant to LR 16.2CJ(2)(1)(a), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") submits this Motion to allow Gregory McClinton, counsel for EEOC,  to participate via telephone in the Case Management Conference set for April 17, 2008. Attorney doesn't reside in Saipan. EEOC makes this request in an attempt to save the attorney's time and to save EEOC both time and money.  At 9:00 AM on Monday, April 14, 2008 (Sunday April 13, 4:00 p.m. PST), Gregory McClinton will be available at (213) 894-1053.

1    The attorney thanks the Court for accepting such requests.

2

3 Respectfully Submitted By:

4                                               U.S. EQUAL EMPLOYMENT
                                                OPPORTUNITY COMMISSION
5                                               Anna Y. Park
                                                Gregory L. McClinton
6                                               Thomas S. Lepak

7 Date: March 31, 2008                          /s/ Gregory L. McClinton
                                                Gregory L. McClinton
8                                               Senior Trial Attorney
9                                               Attorneys for Plaintiff

10 ///

11 ///

12 ///

13

14 ///

15 ///

16

17 ///

18 ///

19 ///

20

21 ///

22 ///

23

24 ///

25 ///

26

27 ///

28 ///

PROOF OF SERVICE VIA ELECTRONIC FILING SYSTEM

I am, and was at the time the herein mentioned delivery took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission, Honolulu Local Office.

My business address is Equal Employment Opportunity Commission, 300 Ala Moana Boulevard, Room 7-127, Honolulu, Hawaii 96850.

On the date that this declaration was executed, as shown below, I served the foregoing MOTION REQUESTING TELEPHONIC PARTICIPATION BY EEOC COUNSEL, GREGORY McCLINTON via e-mail/FAX and via regular mail with postage therein fully prepaid, at Honolulu, State of Hawaii, in envelopes addressed as follows:

| | |
|---|---|
| Mr. Colin M. Thompson, Esquire<br>LAW OFFICES OF COLIN M. THOMPSON<br>J.E. Tenorio Building<br>PMB 917 Box 10001<br>Saipan, MP 96950<br>Colin.thompson@saipan.com | Mr. Steven P. Pixley, Esquire<br>2nd Floor, CIC Centre<br>P. O. Box 7757 SVRB<br>Garapan, Beach Road<br>Saipan, MP 96950<br>sppixley@aol.com |

1   I declare under penalty of perjury that the foregoing is true and correct.
2       Executed on March 31, 2008 at Honolulu, Hawaii
3
4                                           _____
5                                           Wilma M. De Guzman
                                        Legal Tech
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28