F I L E D
Clerk
District Court

APR - 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No. 07-0030 |
| Plaintiff | ) ) ) | |
| v. | ) ) | ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE |
| ROME RESEARCH CORPORA-TION and DOES 1 - 10, inclusive, | ) ) ) | |
| Defendants | ) ) ) | |

IT IS ORDERED that plaintiff's counsel's motion to appear by telephone at the April 17, 2008, case management conference is granted, **with no need for a hearing on the motion.** The court will initiate the telephone call to Mr. McClintock at (213) 894-1053 at 9:00 a.m., Thursday, April 17, 2008 (Saipan date and time).

DATED this 1st day of April, 2008.

_Alex R. Munson_
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)