F I L E D
Clerk
District Court

APR - 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>ROME RESEARCH CORPORATION and DOES 1 - 10, inclusive,<br><br>Defendants | Civil Action No. 07-0030<br><br>ORDER VACATING ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the court's April 1, 2008, order granting plaintiff's counsel's motion to appear by telephone at the April 17, 2008, case management conference is vacated as having been erroneously entered in this case.

DATED this 4th day of April, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)