FILED
Clerk
District Court

APR -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ROME RESEARCH CORPORA- )<br>TION and DOES 1 - 10, inclusive, )<br>)<br>Defendants )<br>_____ ) | Civil Action No. 07-0030<br><br>ORDER AMENDING ORDER VACATING THE ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the court's April 1, 2008, order granting plaintiff's counsel's motion to appear by telephone at the April 14, 2008, case management conference is vacated as having been erroneously entered in this case. The attorney for plaintiff EEOC submitted his motion to appear by telephone in this matter, but his motion was actually intended to be filed in *EEOC v. Yun's Corporation*, Civil No. 07-0031. Thus, the order filed herein has been vacated.

DATED this 7th day of April, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)