```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   APR -7 2008

                                              For The Northern Mariana Islands
                                              By_____
                                                     (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No. 07-0030 |
| Plaintiff | ) ) | |
| v. | ) ) | ORDER TO SHOW CAUSE WHY DEFAULT SHOULD |
| ROME RESEARCH CORPORATION and DOES 1 - 10, inclusive, | ) ) ) ) | NOT BE ENTERED FOR FAILING TO ABIDE BY COURT'S ORDERS AND |
| Defendants | ) ) | LOCAL RULES |

As noted in the court's order of March 14, 2008, the court approved a stipulation signed by an attorney for defendant Rome Research Corporation before realizing that she had not first sought and been granted *pro hac vice* admission pursuant to Local Rule 83.5. In the March 14, 2008, order, defendant's counsel was given until March 21, 2008, to cure the defect. She has not done so. Accordingly,

AO 72
(Rev. 08/82)

IT IS ORDERED that defendant Rome Research Corporation shall appear **April 22, 2008, at 10:00 a.m.** and show cause why default should not be entered against it for failure to abide by this court's orders and local rules; and,

IT IS FURTHER ORDERED that the stipulation to extend time signed by the parties and approved by the court is vacated.

DATED this 7th day of April, 2008.

_____
ALEX R. MUNSON
Judge