DANIEL M. BENJAMIN (F0309)
CALVO & CLARK, LLP
1st Floor, Macaranas Building
PMB 951 Box 10001
Saipan, MP 96950
Telephone: (670) 233-2045
Fax: (670) 233-2776

*Attorneys for Defendant
Rome Research Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>      v.<br><br>ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive,<br>             Defendants. | Civil Action No. CV 07-0030<br><br>**NOTICE OF ENTRY OF APPEARANCE** |

COMES NOW, the undersigned counsel and hereby enters the appearance of himself and the law firm of Calvo & Clark, LLP on behalf of Defendant Rome Research Corporation in the above captioned matter. Defendant requests that copies of all filings and correspondence be sent to the address on the above caption.

Respectfully submitted this 18th of April 2008

Calvo & Clark, LLP
*Attorneys for Rome Research Corporation*

By: _____
DANIEL M. BENJAMIN