DANIEL M. BENJAMIN (F0309)
CALVO & CLARK, LLP
1st Floor, Macaranas Building
PMB 951 Box 10001
Saipan, MP 96950
Telephone:  (670) 233-2045
Fax:        (670) 233-2776

*Attorneys for Defendant
Rome Research Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive,<br><br>Defendants. | Civil Action No. CV 07-0030<br><br>**DEFENDANT ROME RESEARCH CORPORATION'S WRITTEN RESPONSE TO THE COURT'S APRIL 7, 2008 ORDER TO SHOW CAUSE**<br><br>**Hearing: April 22, 2008**<br>**Time: 10:00 a.m.** |

1

Defendant Rome Research Corporation ("RRC") submits this written response to the Court's April 7, 2008 Order to Show Cause. Local counsel for RRC, whose appearance is being noticed herewith, will be appearing as required by the Court at the scheduled OSC hearing on April 22, 2008. However, RRC and its counsel also wished to make a written response given the importance of this matter and their desire to correct any errors committed, and assure the Court they will not reoccur in the future.

Initially, RRC and its counsel wish to assure the Court that the failure to respond to the Court's March 14, 2008 Order by submitting pro hac papers was inadvertent. Specifically, as set forth in the accompanying Affidavit of Sieu K. Che, notice of the Court's March 14 Order was not received by RRC's off-island counsel until April 7. Immediately thereafter, local counsel was located and obtained. Pro hac papers have now been drafted and are attached to the Che Affidavit so that the Court can be assured that counsel is prepared to follow the March 14 Order.

Further, local counsel has contacted counsel for the Plaintiff EEOC, Greg McClinton. He stated that the EEOC does not wish to pursue RRC's default, and is willing to enter into a new stipulation with local counsel extending the time for RRC's answer until after the upcoming mediation. Hence, no party faces prejudice justifying entry of a default in this matter. Accordingly, for these reasons and the others that will be stated at the April 22 hearing, RRC respectfully asks that its default not be entered, and that it be permitted to submit a new stipulation and/or the pro hac papers of its off-island counsel.

Respectfully submitted this 18th of April 2008

Calvo & Clark, LLP
*Attorneys for Rome Research Corporation*

By: _____
DANIEL M. BENJAMIN