DANIEL M. BENJAMIN (F0309)
CALVO & CLARK, LLP
1st Floor, Macaranas Building
PMB 951 Box 10001
Saipan, MP 96950
Telephone:      (670) 233-2045
Fax:            (670) 233-2776

*Attorneys for Defendant*
*Rome Research Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive,<br><br>            Defendants. | Civil Action No. CV 07-0030<br><br>**AFFIDAVIT OF SIEU K. CHE IN SUPPORT OF DEFENDANT ROME RESEARCH CORPORATION'S WRITTEN RESPONSE TO THE COURT'S APRIL 7, 2008 ORDER TO SHOW CAUSE**<br><br>**Hearing: April 22, 2008**<br>**Time: 10:00 a.m.** |

SIEU K. CHE, being first duly sworn under oath, deposes and says:

1.      I am an attorney duly licensed to practice in the State of Hawaii and an associate with the law firm of Goodsill Anderson Quinn & Stifel, counsel for Defendant Rome Research Corporation ("RRC"), a subsidiary of PAR Technology Corporation ("PAR") in the above-entitled matter. I make this declaration based upon personal knowledge gained in that capacity, except where expressly stated otherwise.

2.      The present lawsuit was filed by the U.S. Equal Employment Opportunity Commission ("EEOC") with this Court on or around September 25, 2007, designated, *U.S. Equal Employment Opportunity Commission v. Rome Research Corporation, et al.*, Civil No. 07-0030 No. 05-00667.

3.      The Answer in this matter was originally due on or about March 10, 2008.

4.      The parties entered into preliminary settlement discussions on or before January 8, 2008.

5.      On or about February 9, 2008, the parties agreed to mediate this lawsuit. The parties agreed that the mediation was to occur on or before May 15, 2008. Pursuant to this agreement, a stipulation to extend time to file answer was prepared and submitted with this Court on or about March 14, 2008.

6.      In furtherance of the parties agreement to mediate the matter, on or about March 26, 2008, we sent to Gregory McClinton, counsel for the EEOC, dates of availability and the curriculum vitae of two experienced mediators who we felt were appropriate to handle the matter. Attached hereto as Exhibit "A" is a true and correct copy of the e-mail dated March 26, 2008 sent to Mr. McClinton regarding possible mediators and mediation dates.

7.     That same day, on March 26, 2008, we received an automated out-of-office reply from Mr. McClinton's e-mail indicating that he would be out of the country until April 7, 2008.  Attached hereto as Exhibit "B" is a true and correct copy of the e-mail dated March 26, 2008 from the EEOC's postmaster on behalf of Mr. McClinton.

8.     On or about April 7, 2008, I received a telephone call from Mr. McClinton stating that, among other things, he had just returned from vacation and had received two notices from this Court, Order Regarding Pro Hac Vice Admission dated March 14, 2006, and Order to Show Cause Why Default Should Not Be Entered For Failing to Abide by Court's Orders and Local Rules dated April 7, 2008, respectively.

9.     This telephone call from Mr. McClinton was the first time that we received notice of either of the Court's respective orders.  I therefore asked Mr. McClinton to forward a copy of the orders to us as soon as possible.  Attached hereto as Exhibit "C" is a true and correct copy of the e-mail dated April 7, 2008 from Mr. McClinton attaching the two respective orders from this Court.

10.    Immediately after receiving the e-mail, we began researching possible local counsel to help resolve this matter.  On or about April 9, 2008, we contacted Calvo & Clark, LLP to assist as local counsel.  On or about April 11, 2008, RRC retained Calvo & Clark, LLP as local counsel to help resolve this matter, subject to completion of their final conflicts check (which is now completed).

11.    Since my telephone conversation with Mr. McClinton on April 7, 2008, we have been in contact with him to arrange an agreeable mediation date.  On or about April 11, 2008, the parties agreed to mediate this matter on May 13, 2008.

12.    Should the Court lift the OSC, we are prepared to file our pro hac vice

applications, true and correct copies of which are attached as Exhibit "D." The two $250.00

checks required for the applications are being sent to local counsel for filing with the Court.

I declare under the penalty of perjury under the laws of the United States and the

Commonwealth of the Northern Mariana Islands and that the foregoing affidavit is true and

correct and that it was executed on April _16_, 2008 in _Honolulu_ Hawaii.

FURTHER AFFIANT SAYETH NAUGHT

_____
SIEU K. CHE

Subscribed and sworn to before me
on this _16th_ day of _April_ , 2008.

_____
Notary Public, State of Hawaii
Juanita Kato
My commission expires on: _6/3/2011_

L.S.

**Che, Sieu K.**

| | |
|---|---|
| **From:** | Che, Sieu K. [sche@goodsill.com] |
| **Sent:** | Wednesday, March 26, 2008 1:37 PM |
| **To:** | GREGORY MCCLINTON |
| **Cc:** | Petrus, Barbara A. |
| **Subject:** | EEOC v. Rome Research Corp. (Arizapa) - Mediators and Mediation Dates |
| **Attachments:** | winer.lab.doc; Ichinose-Resume.ltr.07.pdf |

Mr. McClinton,

For the upcoming mediation for the Arizapa matter, we have come up with two experienced mediators that we feel would be appropriate to handle this matter. I've attached their CVs for your review. We've called both and here are their availabilities for April and May:

- Susan Ichinose: April 15, 16, 17, 18, 21, 23, or 25
- Andrew Winer: May 2, 7, or 9

Let us know if you have a preference or would be agreeable to either of the mediators. Please note that Ms. Ichinose is currently mediating a matter with the EEOC's Los Angeles office.

Let me know if you have any questions or concerns. We look forward to hearing from you.

Regards,

**Sieu K. Che**
**Goodsill Anderson Quinn & Stifel**
A Limited Liability Law Partnership
1099 Alakea Street, Suite 1800
Honolulu, HI 96813
Direct line: (808) 547-5838
Direct fax: (808) 441-1253
Fax: (808) 547-5880
email: sche@goodsill.com

NOTICE: The information contained in this email is confidential and may also be attorney-client privileged. This information is intended only for use by the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email or call us collect at (808) 547-5600, and delete this email, any attachments and all copies.

# EXHIBIT A

**Che, Sieu K.**

| | |
|---|---|
| **From:** | Postmaster@EEOC.GOV on behalf of GREGORY MCCLINTON [GREGORY.MCCLINTON@EEOC.GOV] |
| **Sent:** | Wednesday, March 26, 2008 1:37 PM |
| **To:** | Che, Sieu K. |
| **Subject:** | Re: EEOC v. Rome Research Corp. (Arizapa) - Mediators and Mediation Dates (Out of Office) |

I will be out of the country Until April 7th.  If you need immediate assistance before April 7th contact Tracy Villemarette at 213 894-1069 or Derek Li at 213 894-1077.

# EXHIBIT B

1

**Che, Sieu K.**

| | |
|---|---|
| **From:** | GREGORY MCCLINTON [GREGORY.MCCLINTON@EEOC.GOV] |
| **Sent:** | Monday, April 07, 2008 10:18 AM |
| **To:** | Petrus, Barbara A.; Che, Sieu K. |
| **Subject:** | Re: EEOC v. Rome Research Corp. (Arizapa) - Mediators and Mediation Dates |
| **Importance:** | High |
| **Attachments:** | Order Vacating Stip Pro Hac Vice 03-14-08[1].pdf; OSC 04-07-08[1].pdf; GREGORY MCCLINTON1.vcf |

Barbara and Sieu

Here are the two orders.

Gregory L. McClinton
Senior Trial Attorney,
EEOC, Los Angeles District Office
(213)894-1053- Direct
(213)894-1301- Facsimile
Gregory.McClinton@EEOC.Gov

========================================================
This message contains information that may be confidential and privileged.
Unless you are the addressee (or authorized to receive for the addressee),
you may not use, copy or disclose to anyone the message or any information
contained in the message. If you have received the message in error, please
advise the sender by reply e-mail to: Gregory.McClinton@EEOC.Gov, or call
(213)894-1053, and delete the message.

>>> "Che, Sieu K." <sche@goodsill.com> 3/26/2008 4:36 PM >>>
Mr. McClinton,

For the upcoming mediation for the Arizapa matter, we have come up with two experienced mediators that we feel would be appropriate to handle this matter. I've attached their CVs for your review. We've called both and here are their availabilities for April and May:

- Susan Ichinose: April 15, 16, 17, 18, 21, 23, or 25
- Andrew Winer: May 2, 7, or 9

Let us know if you have a preference or would be agreeable to either of the mediators. Please note that Ms. Ichinose is currently mediating a matter with the EEOC's Los Angeles office.

Let me know if you have any questions or concerns. We look forward to hearing from you.

Regards,

Sieu K. Che
Goodsill Anderson Quinn & Stifel
A Limited Liability Law Partnership
1099 Alakea Street, Suite 1800
Honolulu, HI 96813
Direct line: (808) 547-5838

**EXHIBIT C**

Direct fax:  (808) 441-1253
Fax:  (808) 547-5880
email:  sche@goodsill.com

NOTICE:  The information contained in this email is confidential and may also be attorney-client privileged. This information is intended only for use by the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email or call us collect at (808) 547-5600, and delete this email, any attachments and all copies.

4/16/2008

# EXHIBIT D

1  DANIEL M. BENJAMIN (F0309)
2  CALVO & CLARK, LLP
   1st Floor, Macaranas Building
3  PMB 951 Box 10001
   Saipan, MP 96950
4  Telephone:    (670) 233-2045
5  Fax:          (670) 233-2776

6  *Attorneys for Defendant*
7  *Rome Research Corporation*

8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE NORTHERN MARIANA ISLANDS

10

11  U.S. EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION,          Civil Case No. CV 07-0030
12
13                 Plaintiff,        **APPLICATION OF BARBARA A.
                                     PETRUS FOR *PRO HAC VICE*
14           v.                      ADMISSION**

    ROME RESEARCH CORPORATION; and
15  DOES 1-10, Inclusive,
16                 Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

{G0030523.DOC;1}

1    In conjunction with the attached declaration and payment, BARBARA A. PETRUS

2   hereby respectfully applies for admission to the bar of this court *pro hac vice* to represent Defendant

3   Rome Research Corporation, in this matter.  This application is made pursuant to Local Rule 83.5(d) of

4   the U.S. District Court for the Northern Mariana Islands.

5        Dated this _16_ day of April, 2008 .

6

7                                                              _____

8                                                              BARBARA A. PETRUS

9

10                    **Declaration of BARBARA A. PETRUS**
                     **in Support of *Pro Hac Vice* Application**
11

12        I, BARBARA A. PETRUS, declare as follows:

13

14        1.    I am a lawyer with the law firm of Goodsill Anderson Quinn & Stifel.  My firm

15   has been asked by Defendant Rome Research Corporation to represent it in the case of *U.S. Equal*

16   *Employment Opportunity Commission v. Rome Research Corporation, et. al.,* CV 07-0030, United

17   States District Court for the Northern Mariana Islands.  I make this affidavit on personal knowledge, and

18   I could and would competently testify as follows:

19

20        2.    My residential address is 47-377 Kamehameha Highway, Kaneohe HI 96744.  My

21   office address is 1099 Alakea Street, Suite 1800, Honolulu, Hawaii 96813.

22        3.    I graduated from Albany Law School of Union University in 1982.

23

24        4.    I was admitted to practice in the all courts of the State of Hawaii on October 15,

25   1982 and admitted to practice in the United States District Court of Hawaii on October 15, 1982.  I am

26   a member in good standing of the Hawaii State Bar Association.

27        5.    I am not currently suspended or disbarred in any court.

28

{G0030523.DOC}                                      1

6.    I am not currently admitted *pro hac vice* in any other matters in the District Court for the Northern Mariana Islands.

7.    Daniel M. Benjamin of the law firm of Calvo & Clark, LLP has agreed to serve as the designated local counsel in this matter.  The address for Calvo & Clark, LLP is 1st Floor, Macaranas Building, PMB 951 Box 10001, Saipan, MP  96950.  Its office telephone number is  (670) 233-2045, fax (670) 233-2776.  Mr. Benjamin's affidavit indicating his consent to his designation as Local Counsel is being filed concurrently with this application.

I declare under penalty of perjury under the laws of the United States and the CNMI that the foregoing is true and correct and this declaration was executed on  April _16_ , 2008 in _Honolulu_, Hawaii.

_[signature]_

BARBARA A. PETRUS

_State of Hawaii_ )
                 ) ss
_City and County of Honolulu_

On this _16th_ day of _April_ , 2008, before me, a notary public in and for _State of Hawaii_ personally appeared BARBARA A. PETRUS, known to me to be the person who executed the foregoing **APPLICATION OF BARBARA A. PETRUS FOR** *PRO HAC VICE* **ADMISSION**, and acknowledged to me that she executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

) S E A L (

_[signature]_

NOTARY PUBLIC  _Juanita Kato_
_State of Hawaii_
_My Commission Expires: 6/3/2011_

{G0030523.DOC;

2

1  DANIEL M. BENJAMIN (F0309)
2  CALVO & CLARK, LLP
   1st Floor, Macaranas Building
3  PMB 951 Box 10001
   Saipan, MP 96950
4  Telephone:     (670) 233-2045
5  Fax:           (670) 233-2776

6  *Attorneys for Defendant*
7  *Rome Research Corporation*

8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN MARIANA ISLANDS

10

11  U.S. EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION,              Civil Case No. CV 07-0030
12
13                      Plaintiff,       **APPLICATION OF SIEU K. CHE**
                                         **FOR *PRO HAC VICE* ADMISSION**
14          v.

15  ROME RESEARCH CORPORATION and
    DOES 1-10, Inclusive
16                      Defendants.
17

18

19

20

21

22

23

24

25

26

27

28                    {G0030522.DOC;1}

In conjunction with the attached declaration and payment, SIEU K. CHE hereby respectfully applies for admission to the bar of this court *pro hac vice* to represent Defendant Rome Research Corporation, in this matter.  This application is made pursuant to Local Rule 83.5(d) of the U.S. District Court for the Northern Mariana Islands.

Dated this ___ day of April, 2008 .

_____
**SIEU K. CHE**

### Declaration of SIEU K. CHE
### in Support of *Pro Hac Vice* Application

I, SIEU K. CHE, declare as follows:

1.      I am a lawyer with the law firm of Goodsill Anderson Quinn & Stifel.  My firm has been asked by Defendant Rome Research Corporation to represent it in the case of *U.S. Equal Employment Opportunity Commission v. Rome Research Corporation, et. al.,* CV 07-0030, United States District Court for the Northern Mariana Islands.  I make this affidavit on personal knowledge, and I could and would competently testify as follows:

2.      My residential address is 2440 Campus Rd. #383, Honolulu, Hawaii 96822.  My office address is 1099 Alakea Street, Suite 1800, Honolulu, Hawaii 96813.

3.      I graduated from the William S. Richardson School of Law at the University of Hawaii in 2005.

4.      I was admitted to practice in the all courts of the State of Hawaii on November 11, 2005 and admitted to practice in the United States District Court of Hawaii on November 11, 2005. I am a member in good standing of the Hawaii State Bar Association.

1

5.    I am not currently suspended or disbarred in any court.

6.    I am not currently admitted *pro hac vice* in any other matters in the District Court for the Northern Mariana Islands.

7.    Daniel M. Benjamin of the law firm of Calvo & Clark, LLP has agreed to serve as the designated local counsel in this matter.  The address for Calvo & Clark, LLP is 1st Floor, Macaranas Building, PMB 951 Box 10001, Saipan, MP 96950.  Its office telephone number is (670) 233-2045, fax (670) 233-2776.  Mr. Benjamin's affidavit indicating his consent to his designation as Local Counsel is being filed concurrently with this application.

I declare under penalty of perjury under the laws of the United States and the CNMI that the foregoing is true and correct and this declaration was executed on  April _16_ , 2008 in _Honolulu_ , Hawaii.

_____
SIEU K. CHE

_State of Hawaii_        )
                         ) ss
_City & County of Honolulu_ )

On this _16th_ day of _April_ , 2008, before me, a notary public in and for _State of Hawaii_ personally appeared SIEU K. CHE, known to me to be the person who executed the foregoing **APPLICATION OF SIEU K. CHE FOR *PRO HAC VICE* ADMISSION**, and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

) S E A L.

_____
NOTARY PUBLIC, _Juanita Kato_
_State of Hawaii_
_My Commission Expires: 6/3/2011_

2

1

2 DANIEL M. BENJAMIN (F0309)
  CALVO & CLARK, LLP
3 1st Floor, Macaranas Building
  PMB 951 Box 10001
4 Saipan, MP  96950
  Telephone: (670) 233-2045
5 Fax:  (670) 233-2776

6 *Attorneys for Defendant*
  *Rome Research Corporation*
7

8

9     IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN MARIANA ISLANDS

10

11 U.S. EQUAL EMPLOYMENT    Civil Action No. CV 07-0030
  OPPORTUNITY COMMISSION,
12

13       Plaintiff,

14    v.        **CONSENT TO DESIGNATION**
             **AS LOCAL COUNSEL OF**
15 ROME RESEARCH CORPORATION; and **DANIEL M. BENJAMIN**
  DOES 1-10, Inclusive,
16       Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

I, Daniel M. Benjamin, hereby consent to the designation as local counsel for Sieu K. Che and Barbara A. Petrus of the law firm of Goodsill Anderson Quinn & Stifel, who are seeking pro hac vice admission to this Court.    I understand that such designation means that I have the obligation to participate meaningfully in the preparation and trial of this case.  The address for Calvo & Clark, LLP is 1st Floor, Macaranas Building, PMB 951 Box 10001, Saipan, MP 96950.  Its office telephone number is (670) 233-2045, fax (670) 233-2776.

Dated this 17th day of April, 2008.

Calvo & Clark, LLP
*Attorneys for Rome Research Corporation*

By: _____
      DANIEL M. BENJAMIN

1

DANIEL M. BENJAMIN (F0309)
CALVO & CLARK, LLP
1st Floor, Macaranas Building
PMB 951 Box 10001
Saipan, MP 96950
Telephone:      (670) 233-2045
Fax:            (670) 233-2776

*Attorneys for Defendant*
*Rome Research Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. CV 07-0030 |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PETITION TO ADMIT ATTORNEYS *PRO HAC VICE*** |
| ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive, | |
| Defendants. | |

1

G0030521

1     Upon good cause shown, and after review of the Petition to Admit Attorneys *Pro Hac*

2  *Vice,* the Affidavits of Barbara A. Petrus and Sieu K. Che in Support of the Petition, and the Consent

3  of Daniel M. Benjamin to Designation of Legal Counsel and pursuant to Rules 83.5(b) and (d) of the

4  Local Rules of the District Court for the Northern Mariana Islands ("Local Rules"), the Petition to

5  Admit Attorneys *Pro Hac Vice* is hereby granted.

6     IT IS HEREBY ORDERED that Barbara A. Petrus and Sieu K. Che are admitted *pro*

7  *hac vice* on behalf of Defendant Rome Research Corporation for the pendency of the above-

8  captioned case.  Daniel M. Benjamin is designated as local counsel.

9

10     SO ORDERED: _____.

11

12

13

14

15     _____
       HONORABLE ALEX R. MUNSON
       Chief Judge, District Court for the NMI

16
   Calvo & Clark, LLP
17 *Attorneys for Rome Research Corporation*

18
   By: _____
19     DANIEL M. BENJAMIN

20

21

22

23

24

25

26

27

28                      2

G0030521

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP
P.O. BOX 3196
HONOLULU, HAWAII 96801

PAYEE'S BANK ACCOUNT GENERAL ACCOUNT

**EXACTLY*********250*DOLLARS AND*00*CENTS

PAY
TO THE    Clerk, District Court, NMI
ORDER
OF

⑈289479⑈ ⑈121301028⑈ 0001 032577⑈

INVOICE
NUMBER    Clerk, District Court, NMI

289479    #100748 - Admission Pro Hac
          Vice for Sieu Che.
          (skc2/bn/cv)

W A R N I N G

DO NOT CASH THIS CHECK UNLESS YOU CAN SEE
VERIFY FIRST "TRUE" WATERMARK. HOLD UP TO
LIGHT TO SEE SAFE AND VERIFY FIRST.

CHECK NUMBER
289479

289479

MAIN OFFICE
Bank of Hawaii
HONOLULU, HAWAII
59-10211213

PRESENT IMMEDIATELY - NOT VALID
AFTER 90 DAYS

DATE
04-16-08

CHECK AMOUNT
********250.00

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

AMOUNT

DESCRIPTION

$250.00

ATT'Y:
289479

PLEASE DETACH THIS STATEMENT
BEFORE DEPOSITING CHECK

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP
P.O. BOX 3196
HONOLULU, HAWAII 96801

$250.00

THIS CHECK IS TENDERED IN
PAYMENT OF ITEMS LISTED

**W A R N I N G**

DO NOT CASH THIS CHECK UNLESS YOU CAN SEE
VERIFY FIRST "TRUE" WATERMARK, HOLD UP TO
LIGHT TO SEE SAFE AND VERIFY FIRST.

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP
GENERAL ACCOUNT
P.O. BOX 3196
HONOLULU, HAWAII 96801

MAIN OFFICE
Bank of Hawaii
HONOLULU, HAWAII
59-102/1213

CHECK NUMBER
289478

289478

PRESENT IMMEDIATELY - NOT VALID
AFTER 90 DAYS

**EXACTLY*******250*DOLLARS AND*00*CENTS

| DATE | CHECK AMOUNT |
|------|------|
| 04-16-08 | *******250.00 |

PAY
TO THE
ORDER
OF

Clerk, District Court, NMI

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈289478⑈ ⑈1213⑆1028⑈ 0001 03257⑈

| INVOICE NUMBER | DESCRIPTION | AMOUNT |
|------|------|------|
| | Clerk, District Court, NMI | |
| 289478 | #100748 - Admission Pro Hac Vice for Barbara Petrus. (skc2/bn/cv) | $250.00 |

ATTY
289478
PLEASE DETACH THIS STATEMENT
BEFORE DEPOSITING CHECK

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP
P.O. BOX 3196
HONOLULU, HAWAII 96801

$250.00
THIS CHECK IS TENDERED IN
PAYMENT OF ITEMS LISTED