DANIEL M. BENJAMIN (F0309)
CALVO & CLARK, LLP
1st Floor, Macaranas Building
PMB 951 Box 10001
Saipan, MP 96950
Telephone:  (670) 233-2045
Fax:        (670) 233-2776

*Attorneys for Defendant*
*Rome Research Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive,<br><br>    Defendants. | Civil Action No. CV 07-0030<br><br>**CERTIFICATE OF SERVICE** |

1

The undersigned hereby certifies that a true and correct copy of the following:

1.) DEFENDANT ROME RESEARCH CORPORATION'S WRITTEN RESPONSE TO THE COURT'S APRIL 7, 2008 ORDER TO SHOW CAUSE Hearing: April 22, 2008 Time: 10:00 a.m.

2.) NOTICE OF ENTRY OF APPEARANCE

3.) AFFIDAVIT OF SIEU K. CHE IN SUPPORT OF DEFENDANT ROME RESEARCH CORPORTATION'S WRITTEN RESPONSE TO THE COURT'S APRIL 7, 2008 ORDER TO SHOW CAUSE Hearing: April 22, 2008 Time: 10:00 a.m.

was caused to be served via the Notice of Electronic filing on the 18th day of April, 2008, to the following:

**Attorneys for Plaintiff**
Gregory L. McClinton, Esq.
Anna Y. Park, Esq.
U.S. Equal Employment Opportunity Commission
Los Angeles District Office
255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
(213) 894-1080
(213) 894-1301 (fax)
Gregory.Mcclinton@eeoc.gov
Anna.Park@eeoc.gov

Dated this 18th day of April, 2008.

Calvo & Clark, LLP
*Attorneys for Rome Research Corporation*

By: _____
DANIEL M. BENJAMIN