FILED
Clerk
District Court

APR 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ROME RESEARCH CORPORATION and DOES 1 - 10, inclusive,<br><br>　　　　Defendants | Civil Action No. 07-0030<br><br><br>ORDER GRANTING<br>PRO HAC VICE ADMISSION<br>TO BARBARA A. PETRUS<br>and SIEU K. CHE |

BASED UPON the applications of Barbara A. Petrus and Sieu K. Che for *pro hac vice* admission to this court, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that Barbara A. Petrus and Sieu K. Che be and hereby are admitted *pro hac vice* for purposes of this lawsuit.

DATED this 21st day of April, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)