FILED
Clerk
District Court

APR 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff ) ) v. ) ) ROME RESEARCH CORPORA- ) TION and DOES 1 - 10, inclusive, ) ) Defendants ) ) | Civil Action No. 07-0030<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

BASED UPON the representations contained in the declarations of Barbara A. Petrus and Sieu K. Che, and good cause appearing therefrom to explain their seeming failure to comply with the court's orders and local rules; NOW, THEREFORE,

IT IS ORDERED that the order to show cause, set for April 22, 2008, be and hereby is vacated.

DATED this 21st day of April, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)