```
 1  ANNA Y. PARK, CA SBN 164242
    DEREK LI, CA SBN 150122
 2  GREGORY L. McCLINTON, CA SBN 153553
    U.S. EQUAL EMPLOYMENT
 3  OPPORTUNITY COMMISSION
    LOS ANGELES DISTRICT OFFICE
 4  255 East Temple Street, Fourth Floor
    Los Angeles, CA 90012
 5  Telephone:     (213) 894-1032
    Facsimile:     (213) 894-1301
 6  E-Mail:    lado.legal@eeoc.gov
 7
    Attorneys for Plaintiff
 8  U.S. EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION
 9
10              IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN MARIANA ISLANDS

12
    U.S. EQUAL EMPLOYMENT            ) Civil Action No.: CV 07-0030
13  OPPORTUNITY COMMISSION           )
                                     ) SECOND STIPULATION TO EXTEND
14         Plaintiff,                ) TIME TO FILE ANSWER; AFFIDAVIT
                                     ) OF COUNSEL
15      vs.                          )
                                     )
16  ROME RESEARCH CORPORATION; and   )
    DOES 1-10, Inclusive,            )
17                                   )
           Defendant(s),             )
18                                   )
19  ─────────────────────────────────
20
           SECOND STIPULATION TO EXTEND TIME TO FILE ANSWER
21
22       Now come the parties to this case, through their

23  respective counsel, and hereby stipulate to extend the time to

24  file the Answer in this matter to June 27, 2008.

25
```

1

This stipulation is entered into pursuant to Local Rules 7.1 and 7.4 of the Civil Local Rules of the United States District Court for the Northern Mariana Islands and is supported by the accompanying affidavit of counsel.

                                        Respectfully submitted,

                                        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: May 22, 2008

                                        Anna Y. Park
                                        Regional Attorney

                                        Derek Li
                                        Supervisory Trial Attorney

                                        _____/s/_____
                                        Gregory L. McClinton
                                        Senior Trial Attorney

                                        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


                                        _____/s/_____
                                        Barbara A. Petrus
                                        Sieu K. Che

                                        Daniel M. Benjamin
                                        Local Counsel

                                        Attorneys for Defendant
                                        Rome Research Corporation

---

*U.S. Equal Employment Opportunity Commission  v. Rome Research Corporation; and Does 1-10, Inclusive*, Civil Action No.: CV 07-0030; Second Stipulation to Extend Time to File Answer

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>     Plaintiff,<br><br>  vs.<br><br>ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive,<br><br>     Defendant(s), | ) Civil Action No.: CV 07-0030<br>)<br>) AFFIDAVIT OF COUNSEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF COUNSEL**

I, GREGORY L. MCCLINTON, hereby be declare as follows:

1.   I am an attorney duly licensed to practice in the State of California and in the United States District Courts and am the lead trial attorney for Plaintiff U.S. Equal Employment Opportunity Commission, in the above captioned case.

2.   The parties in this matter previously agreed to attempt to resolve this case in mediation to occur on or before May 15, 2008.

3.   Following the mediation between the parties held on May 13, 2008, the parties are near resolution of this case. To allow sufficient time to finalize the resolution of this case, the parties have agreed to stipulate to an extension of

```
 1  the due date to file the Answer in the above captioned case to
 2  June 27, 2008.
 3          I declare under the penalty of perjury that the
 4  foregoing is true and correct to the best of my knowledge and
 5  belief.
 6  Dated: May 22, 2008              By:_____/s/_____
                                         Gregory L. McClinton
 7                                       Senior Trial Attorney
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```