ANNA Y. PARK, CA SBN 164242
DEREK LI, CA SBN 150122
GREGORY L. McCLINTON, CA SBN 153553
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
LOS ANGELES DISTRICT OFFICE
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:      (213) 894-1032
Facsimile:      (213) 894-1301
E-Mail:    lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive,<br><br>    Defendant(s), | Civil Action No.: CV 07-0030<br><br>ORDER GRANTING FIRST STIPULATION TO EXTEND TIME TO FILE ANSWER |

**ORDER GRANTING SECOND STIPULATION**
**TO EXTEND TIME TO FILE ANSWER**

The parties' Second Stipulation to Extend Time to File Answer, the Court having reviewed and considered the submissions of the parties and good cause appearing therefore, IT IS HEREBY ORDERED, that:

1. As to the parties' Second Stipulation to Extend Time to File Answer, that request is granted. The deadline for Defendant to file the Answer shall be June 27, 2008.

IT IS SO ORDERED.

DATED: _____    _____

JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Anna Y. Park
Regional Attorney

Derek Li
Supervisory Trial Attorney


_____/s/_____
Gregory L. McClinton
Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
LOS ANGELES DISTRICT OFFICE



_____/s/_____
Barbara A. Petrus
Sieu K. Che

Daniel M. Benjamin
Local Counsel

Attorneys for Defendant
ROME RESEARCH CORPORATION

---

*U.S. Equal Employment Opportunity Commission v. Rome Research Corporation; and Does 1-10, Inclusive*, Civil Action No.: CV 07-0030; Order Granting Second Stipulation to Extend Time to File Answer