```
ANNA Y. PARK, CA SBN 164242
DEREK LI, CA SBN 150122
GREGORY L. McCLINTON, CA SBN 153553
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
LOS ANGELES DISTRICT OFFICE
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:    (213) 894-1032
Facsimile:    (213) 894-1301
E-Mail:   lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive,<br><br>Defendant(s), | ) Civil Action No.: CV 07-0030<br>)<br>) THIRD STIPULATION TO EXTEND<br>) TIME TO FILE ANSWER; AFFIDAVIT<br>) OF COUNSEL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIRD STIPULATION TO EXTEND TIME TO FILE ANSWER**

Now come the parties to this case, through their respective counsel, and hereby stipulate to extend the time to file the Answer in this matter to July 31, 2008.

1

This stipulation is entered into pursuant to Local Rules 7.1 and 7.4 of the Civil Local Rules of the United States District Court for the Northern Mariana Islands and is supported by the accompanying affidavit of counsel.

                                                Respectfully submitted,

                                                U.S. EQUAL EMPLOYMENT
                                                OPPORTUNITY COMMISSION

Dated:    June 26, 2008

                                                Anna Y. Park
                                                Regional Attorney

                                                Derek Li
                                                Supervisory Trial Attorney

                                                _____/s/_____
                                                Gregory L. McClinton
                                                Senior Trial Attorney

                                                U.S. EQUAL EMPLOYMENT
                                                OPPORTUNITY COMMISSION


                                                _____/s/_____
                                                Barbara A. Petrus
                                                Sieu K. Che

                                                Daniel M. Benjamin
                                                Local Counsel

                                                Attorneys for Defendant
                                                Rome Research Corporation

---

*U.S. Equal Employment Opportunity Commission v. Rome Research Corporation; and Does 1-10, Inclusive*, Civil Action No.: CV 07-0030; Third Stipulation to Extend Time to File Answer

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive,<br><br>        Defendant(s), | ) Civil Action No.: CV 07-0030<br>)<br>) AFFIDAVIT OF COUNSEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF COUNSEL**

I, GREGORY L. MCCLINTON, hereby be declare as follows:

1. I am an attorney duly licensed to practice in the State of California and in the United States District Courts and am the lead trial attorney for Plaintiff U.S. Equal Employment Opportunity Commission, in the above captioned case.

2. The parties in this matter previously agreed to attempt to resolve this case in mediation to occur on or before May 15, 2008.

3. Following the mediation between the parties held on May 13, 2008, the parties are near resolution of this case. To allow sufficient time for review of Consent Decree and to finalize the resolution of this case, the parties have agreed to

stipulate to an extension of the due date to file the Answer in the above captioned case to July 31, 2008.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 26, 2007                     _____/S/_____
                                       Gregory L. McClinton
                                       Senior Trial Attorney