F I L E D
Clerk
District Court

JUN 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>ROME RESEARCH CORPORATION and DOES 1 - 10, inclusive,<br><br>Defendants | Civil Action No. 07-0030<br><br><br>ORDER EXTENDING TIME TO FILE AN ANSWER |

BASED UPON the representations contained in the affidavit of Gregory L. McClinton, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the time for defendants to file an answer in this matter be and hereby is extended to 3:30 p.m., Thursday, July 31, 2008.

DATED this 27th day of June, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)