Anna Y. Park, SBN 164242
Gregory L. McClinton, SBN 153553
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Honolulu Local Office
300 Ala Moana Boulevard, Suite 7-127
Honolulu, Hawaii 996850-0051
(808) 541-3120
Fax (808) 541-3390
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Barbara A. Petrus, Esq, *Pro Hac Vice*
Sieu K. Che, Esq. *Pro Hac Vice*
**GOODSILL ANDERSON QUINN & STIFEL**
1099 Alakea Street, Alii Place, Suite 1800
Honolulu, Hawaii, 96801
(808) 547-5600
Fax (808) 547-5880

Attorneys for Defendant,
Rome Research Corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROME RESEARCH CORPORATION,<br><br>Defendant. | Case No.: CV-07-0030<br><br>NOTICE OF SETTLEMENT |

    The Parties write to inform the Court that they have reached a settlement. The Parties have agreed to a monetary settlement and a consent decree. The Parties have agreed to a monetary settlement of $205,000.00 and are in general agreement regarding all terms to a three-year consent decree.

    The Parties expect to complete and file the Consent Decree not later than September 5, 2008. The Court will retain jurisdiction for the duration of the Consent

1  Decree.

3  DATED: July 15, 2008            Respectfully submitted,

4                                  U.S. EQUAL EMPLOYMENT
                                   OPPORTUNITY COMMISSION
5                                  Anna Y. Park, Regional Attorney
                                   Gregory L. McClinton, Senior Trial Attorney

                                   By: _____/s/_____
7                                      Gregory L. McClinton
                                        Attorneys for Plaintiff,

10 DATED: July 15, 2008            GOODSILL ANDERSON QUINN & STIFEL
                                   Barbara A. Petrus, Esquire
                                   Sieu K. Che, Esquire

12                                 By: _____/s/_____
                                       Barbara A. Petrus, Esquire
13                                     Attorneys for Defendant,