```
 1  ANNA Y. PARK, CA SBN 164242
    DEREK LI, CA SBN 150122
 2  GREGORY L. McCLINTON, CA SBN 153553
    U.S. EQUAL EMPLOYMENT
 3  OPPORTUNITY COMMISSION
    LOS ANGELES DISTRICT OFFICE
 4  255 East Temple Street, Fourth Floor
    Los Angeles, CA 90012
 5  Telephone:    (213) 894-1032
    Facsimile:    (213) 894-1301
 6  E-Mail:   lado.legal@eeoc.gov
 7
    Attorneys for Plaintiff
 8  U.S. EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION
 9
10              IN THE UNITED STATES DISTRICT COURT
11              FOR THE NORTHERN MARIANA ISLANDS
12
13  U.S. EQUAL EMPLOYMENT         ) Civil Action No.: CV 07-0030
    OPPORTUNITY COMMISSION        )
14                                ) STIPULATION TO EXTEND DEADLINE
              Plaintiff,          ) IN NOTICE OF SETTLEMENT FILED
15                                ) ON JULY 18, 2008; AFFIDAVIT OF
         vs.                      ) COUNSEL
16                                )
    ROME RESEARCH CORPORATION; and)
17  DOES 1-10, Inclusive,         )
                                  )
18            Defendant(s),       )
                                  )
19
20     STIPULATION TO EXTEND DEADLINE IN NOTICE OF SETTLEMENT
21                      FILED ON JULY 18, 2008
22
23       Now come the parties to this case, through their
    respective counsel, and hereby stipulate to extend the deadline
24
    to complete and file the Consent Decree to October 6, 2008.
25
```

1

1  This stipulation is entered into pursuant to Local
2  Rules 7.1 and 7.4 of the Civil Local Rules of the United States
3  District Court for the Northern Mariana Islands and is supported
4  by the accompanying affidavit of counsel.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated:     September 2, 2008

Anna Y. Park
Regional Attorney

Derek Li
Supervisory Trial Attorney

_____/s/_____
Gregory L. McClinton
Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION


_____/s/_____
Barbara A. Petrus

Daniel M. Benjamin
Local Counsel

Attorneys for Defendant
Rome Research Corporation

---

*U.S. Equal Employment Opportunity Commission  v. Rome Research Corporation; and Does 1-10, Inclusive*, Civil Action No.: CV 07-0030; Stipulation to Extend Deadline in Notice of Settlement Filed on July 18, 2008

2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>        Plaintiff,<br><br>     vs.<br><br>ROME RESEARCH CORPORATION; and DOES 1-10, Inclusive,<br><br>        Defendant(s), | ) Civil Action No.: CV 07-0030<br>)<br>) AFFIDAVIT OF COUNSEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>AFFIDAVIT OF COUNSEL</u>**

I, GREGORY L. MCCLINTON, hereby declare as follows:

1.  I am an attorney duly licensed to practice in the State of California and in the United States District Courts and am the lead trial attorney for Plaintiff U.S. Equal Employment Opportunity Commission, in the above captioned case.

2.  The parties in this matter previously agreed to attempt to resolve this case in mediation to occur on or before May 15, 2008. The mediation between the parties occurred on May 13, 2008.

3.  The parties filed a Notice of Settlement with this Court on July 18, 2008. In the Notice of Settlement, the parties informed the Court that they had agreed to a monetary

settlement and are in general agreement regarding all terms to a three-year consent decree.

    4.   In the Notice of Settlement, the parties also informed the Court that they expected to complete and file the Consent Decree not later than September 5, 2008.

    5.   Despite the parties' efforts, additional time is necessary for the parties to finalize the terms of the Consent Decree.

    6.   To allow sufficient time for the parties to finalize the resolution of this case, the parties have agreed to stipulate to an extension of the deadline to file the Consent Decree to October 6, 2008.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 2, 2008    By:_____/S/_____
                                    Gregory L. McClinton
                                    Senior Trial Attorney