FILED
Clerk
District Court

SEP - 3 2008

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff<br><br>    v.<br><br>ROME RESEARCH CORPORATION and DOES 1 - 10, inclusive,<br><br>        Defendants | Civil Action No. 07-0030<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE CONSENT DECREE and SETTING STATUS CONFERENCE |

BASED UPON the representations of counsel, and good cause appearing therefrom, NOW, THEREFORE,

IT IS ORDERED that the time for the parties to file the consent decree is extended from September 5, 2008, to **Monday, October 6, 2008, at 3:30 p.m.**

If the consent decree has not been filed by that date, attorneys for all parties shall be physically present in Chambers for a status conference on Friday, October 10, 2008, at 8:00 a.m. If the consent decree has been filed in accordance with the

AO 72
(Rev. 08/82)

representations of the party, the status conference shall come off-calendar without further order of the court.

DATED this 3rd day of September, 2008.

_____
ALEX R. MUNSON
Judge